IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHERINE HEAGY,** *et al.*,<br>**Plaintiffs,**<br>v.<br>**BURLINGTON STORES, INC.,** *et al.*,<br>**Defendants.** | **CIVIL ACTION NO. 20-2447** |

### ORDER

**AND NOW,** this 17th day of November 2021, upon consideration of Burlington's Motion for a Protective Order [Doc. No. 64], and for the reasons discussed in the accompanying memorandum opinion, it is hereby **ORDERED** that Burlington's motion is **GRANTED in part** and **DENIED in part**.

1. Burlington's request to prohibit Plaintiffs from propounding further written discovery is **DENIED without prejudice**.

2. Burlington's request to prohibit Plaintiffs from pursuing additional depositions is **DENIED without prejudice**.

3. Burlington's request for all depositions to proceed by Zoom or at Burlington's counsel's office is **DENIED without prejudice.** The parties are hereby **ORDERED** to confer with deponents regarding their wishes and schedule depositions in person or via Zoom in accordance with the deponents' wishes.

4. Burlington's request to quash Plaintiffs' Rule 30(b)(6) Notice of Deposition is **GRANTED**.

Upon consideration of Plaintiffs' Motion to Compel [Doc. No. 66], and for the reasons discussed in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED in part** and **DENIED in part**.

1. Plaintiffs' request to compel Burlington to produce summaries and statistics regarding slip-and-fall incidents at all Burlington stores and at the store where Plaintiff fell is **DENIED without prejudice**.

2. Plaintiffs' request to compel Burlington to produce tile floor risk assessments and inspection reports is **GRANTED**. Burlington is hereby **ORDERED** to produce this information within twenty-one (21) days.

3. Plaintiffs' request to compel Burlington to produce written job descriptions is **DENIED with prejudice**.

4. Plaintiffs' request to compel Burlington to produce Nicole Pagan's contact information is **DISMISSED as moot**.

5. Plaintiffs' request to compel Burlington to refrain from offering to represent former employees in depositions is **DENIED with prejudice**.

6. Plaintiffs' request to compel Jason Curnow to answer a question posed at his deposition is **DENIED with prejudice**.

It is so **ORDERED.**

                                                                            **BY THE COURT:**

                                                                            /s/ Cynthia M. Rufe

                                                                            **CYNTHIA M. RUFE, J.**